# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Wytonya Byrd v. Robert L. Wilkie   Case Number: 20-CV-02579

An appearance is hereby filed by the undersigned as attorney for:

Wytonya Byrd

Attorney name (type or print): Lee B. Muench

Firm: Dentons US LLP

Street address: 233 S. Wacker Drive, Suite 5900

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6305846   Telephone Number: 312-876-8000
(See item 3 in instructions)

Email Address: lee.muench@dentons.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ☐ | ✓ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✓ |

If this is a criminal case, check your status.   ☐ Retained Counsel

☐ Appointed Counsel
  If appointed counsel, are you

  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 15, 2020

Attorney signature: S/ Lee B. Muench
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015